UNITED STATES DISTRICT COURT
WESTERN     DISTRICT OF TENNESSEE
EASTERN DIVISION

Clara Martinez
109 Gibson Highway, 6B
Milan, Tennessee 38358
SSN: 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
    Plaintiff,

v.

Jo Anne B. Barnhart
Commissioner of
Social Security,
    Defendant.

Civil Action No. 05-1112T

ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff requires extra time to prepare Plaintiff's brief, and and, because the United States Attorney representing the government in this matter consents to the additional time requested,

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an additional period of time, up to and including August 6, 2005 to file a brief in reply to the government's brief

_____
District Court Judge
7 July 2005

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/7/05

Approved for entry:

*/s/ Roger Stanfield*
Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

Certificate of Service

    I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joseph Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 6th day of July, 2005.

*/s/ Roger Stanfield*
Roger Stanfield

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01112 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT