UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 SEP -7 PM 4: 18

Clara Martinez
    Plaintiff,

v.   Civil Action No: 05-1112T

Jo Anne B. Barnhart
Commissioner of
Social Security,
    Defendant.

ORDER

Wherefore, for good cause shown and it appearing to the court that Plaintiff requires extra time to prepare Plaintiff's brief; because the Assistant United States Attorney representing the government in this matter consents to the additional time requested; because the technical record contains 873 pages; and because additional time is needed to adequately brief this case,

It is, accordingly, ordered, adjudged, and decreed that Plaintiff is granted an additional period of time, up to and including September 21, 2005, to file a brief in support of her appeal.

/s/ James D. Todd
District Court Judge
7 September 2005



This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  9-07-05

-1-

Approved for entry:

_____
Roger Stanfield
Attorney for Plaintiff
P. O. Box 3338
Jackson, TN 38303-3338
901-424-1305
TN BPR # 006600

Certificate of Service

I certify that I have mailed a true and exact copy fo the foregoing Proposed Order to Joe Dycus, Assistant United States Attorney, 800 Federal Office Building, 167 North Main Street, Memphis, TN 38103, this the 6th day of September, 2005.

_____
Roger Stanfield

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01112 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT