UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



CLARA MARTINEZ,

    Plaintiff,

v.                                        Civil No. 05-1112

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

### ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file a brief is granted. The Commissioner shall file a brief by November 21, 2005.

                                                  *James D. Todd*
                                         Judge, United States District Court

                                         Date: 25 October 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/26/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CV-01112 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roger Stanfield
LAW OFFICE OF ROGER STANFIELD
P.O. Box 3338
Jackson, TN 38303--333

Honorable James Todd
US DISTRICT COURT